**Gerald Ross PIZZUTO, Jr.,
Petitioner–Appellant,**

**v.**

**A.J. ARAVE, Warden, Respondent–
Appellee.**

**No. 97–99017.**

United States Court of Appeals,
Ninth Circuit.

Feb. 6, 2002.

Before B. FLETCHER, RYMER and GOULD, Circuit Judges.

### ORDER

The mandate in the above case is stayed pending the United States Supreme Court's decision in *Arizona v. Ring,* 200 Ariz. 267, 25 P.3d 1139 (2001).